UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE<br><br>**HOPE MILL VILLAGE ASSOCIATES, LLC,**<br><br>Debtor. | Bk. NO.: 08-12568<br><br>Chapter 11 |

ORDER DIRECTING
APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon consideration of the Court's Order to Show Cause, after notice and a hearing, the Court having found that the appointment of a chapter 11 trustee is in the best interests of creditors, it is, by the United States Bankruptcy Court for the District of Rhode Island,

**ORDERED** that the United States Trustee is hereby directed to appoint a Chapter 11 trustee in this case.

ORDER:

JLD
_____
Deputy Clerk

Entered on Docket: 3/20/09
Document Number: 91

ENTER:

_Arthur N. Votolato_
Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 3/20/09

Presented by:

Sandra Nicholls
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
10 Dorrance Street, Suite 910
Providence, RI 02903
Tel: (401) 528-5551
Fax: (401) 528-5163
sandra.nicholls@usdoj.gov