```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - -*
In re:                            :
    Hope Mill Village             :
    Associates, LLC               :      BK No.  08-12568
                                         Chapter 11
                                  :
- - - - - - - - - - - - - - - - -*
```

### ORDER OVERRULING DOCUMENT (doc#94) AFTER HEARING
### Re: Objection to Appointment of Joseph DiOrio as
### Independent Trustee

Upon consideration of the above entitled document and any objection or response thereto, and after hearing, IT IS ORDERED that for the reasons stated by the Court in its bench decision which are incorporated herein by reference, the Document (Doc # 94) is **OVERRULED**.

| ORDER: | ENTER: |
|---|---|
| PR | */s/ Arthur N. Votolato/* |
| _____ | _____ |
| Deputy Clerk | Arthur N. Votolato |
| Entered on Docket: 3/27/09 | U.S. Bankruptcy Judge |
| | Date: 3/27/09 |