UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re: :
:
HOPE MILL VILLAGE ASSOC, LLC :
    Debtor : Case No. 08-12568
: Chapter 11

## ORDER RESTRAINING VINCENT R. COCCOLI, SR. FROM INTERFERING WITH INTERESTED PARTIES

This matter came on before the Court, the Honorable Arthur N. Votolato presiding, on the 30th day of April 2009 on the request of Joseph M. DiOrio, the Chapter 11 Trustee in the above-captioned case at a status conference, for entry of an Order restraining Vincent R. Coccoli, Sr. from interfering with parties interested in acquiring some or all of the assets of the Debtor, interfering with the Chapter 11 Trustee's efforts to administer the Debtor's estate, engaging in any conduct with the intent or having the effect of chilling the interest of parties interested in acquiring some or all of the assets of the Debtor, or otherwise interfering with the rights and interests of the Debtor. After hearing thereon and in consideration of the testimony and documentary evidence presented, the arguments of the parties and in light of the representations to the Court of Vincent R. Coccoli, Sr., it is hereby

**ORDERED, ADJUDGED and DECREED**

That Vincent R. Coccoli, Sr. is hereby restrained and enjoined from interfering with parties interested in acquiring some or all of the assets of the Debtor, interfering with the Chapter 11 Trustee's efforts to administer the Debtor's estate, engaging in any conduct with the intent or having the effect of chilling the interest of parties interested in acquiring some or all of the assets of the Debtor, or otherwise interfering with the rights and interests of the Debtor.

| ENTER: *Arthur N. Votolato* | ORDER: |
|---|---|
| Entered on docket: 5/14/2009 | CS |
| Date: May 14, 2009 | Date: May 14, 2009 |

Presented by:

/s/ *Joseph M. DiOrio*
Joseph M. DiOrio, Trustee   (#2116)
Law Office of Joseph M. DiOrio, Inc.
144 Westminster Street, Suite 302
Providence, RI   02903

Date: May 5, 2009

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 5, 2009, I electronically filed the within Order with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. Participants in the CM/ECF System have received notice electronically. I further certify that I have mailed by United States Postal Service, postage pre-paid, the document to the following non CM/ECF participant(s):

| Rod Hoffman<br>Slagle Bernard & Gorman, P.C.<br>600 Plaza West Building<br>4600 Madison Avenue<br>Kansas City, MO 64112 | Robert Laferriere<br>c/o Biagio L. Longo, Esq.<br>328 Cowesett Avenue, Ste 1<br>W. Warwick, RI 02893 | Internal Revenue Service<br>Insolvency Unit – 4th Floor<br>380 Westminster Street<br>Providence, RI 02903 |
|---|---|---|
| State of RI – Dept of Labor and Training<br>Legal Department<br>Bldg 72 3rd Floor<br>1511 Pontiac Avenue<br>Cranston, RI 02920 | Sheldon Rodman<br>Rodman Real Estate, Inc.<br>72 Pine Street<br>Providence, RI 02903 | David J. Tracy, Esq.<br>Hinckley Allen & Snyder, LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903 |
| Vincent R. Coccoli, Sr.<br>290 Larchwood Drive<br>Warwick, RI   02886 | | |

/s/ *Stephanie Peltier Thomas*