UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

HOPE MILL VILLAGE ASSOCIATES, LLC     : Bk. No. 08-12568
Debtor     : Chapter 11

## PATRICK AND GAIL CONLEY'S ANSWER TO TRUSTEE'S OBJECTION

1. Denied. This assertion fails to state that Mr. Coccoli secured this note with a mortgage on the subject property signed in his capacity as Managing Member of Hope Mill Village Associates, LLC.

2. Admitted with emphasis on the word "held" as a past tense.

3. Admitted.

4. Admitted.

5. Denied. The mortgage pledged to secure the note encumbers the property of Hope Mill Village, LLC.

6. Admitted.

7. Denied. Debtor received a total of $225,000 from the Conleys to purchase the property and was obligated to reimburse the Conley's for their contribution to the purchase.

8. Denied. The money was advanced to Debtor as acquisition funds well in advance of any receivership or bankruptcy filing and when the Debtor was solvent.

9. Denied. The Conleys put the only money into the deal for acquisition. The claim that there is no consideration for the mortgage is contrary to fact.

10. Denied. The Debtor received the property as a result of the cash contribution of the Conley's and Debtor at this point was not insolvent.

11. Denied.

12. Denied. The mortgage secured the $225,000 advanced to it for acquisition and was signed and agreed to by Debtor's Managing Member.

13. Denied.

14. Neither admitted nor denied

15. Neither admitted nor denied.

16. Admitted except for the misuse of the word "principals" which should read "principles."

17. Denied.

18. Denied for the reasons stated above re: insolvency and consideration.

19. Denied.

20. Neither admitted or denied.

Respectfully submitted,

_____
Patrick and Gail Conley (pro se)

September 15, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, I faxed the foregoing Answer in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island.

I further certify that I have mailed by United States Postal Service, postage pre-paid, the document to the following:

Rod Hoffman
Slagle Bernard & Gorman, P.C.
600 Plaza West Building
4600 Madison Avenue
Kansas City, MO 64112

Internal Revenue Service
Insolvency Unit – 4th Floor
380 Westminster Street
Providence, RI 02903

Sheldon Rodman
Rodman Real Estate, Inc.
72 Pine Street
Providence, RI 02903

Vincent R. Coccoli, Sr.
290 Larchwood Drive
Warwick, RI 02886

Robert Laferriere
c/o Biago L. Longo, Esq.
328 Cowesett Avenue, Ste 1
West Warwick, RI 02893

State of RI – Dept of Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

David J. Tracy, Esq.
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Joseph M. DiOrio, Esq.
144 Westminster Street, Suite 302
Providence, RI 02903